1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEPHANIE MARTINEZ,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

Defendants.

Case No.  5:15-cv-02414-BLF

**CASE MANAGEMENT ORDER**

On 01/21/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Hearing Date for Motions for Summary Judgment | 11/17/2016 at 9:00 AM |
| Final Pretrial Conference | 01/19/2017 at 1:30 PM |
| Trial – (Time Limits - 1 week) | 02/27/2017 at 9:00 AM |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT Parties are to meet, confer and file a stipulated proposed schedule regarding discovery dates and deadlines to trial by 02/22/2016.

IT IS FURTHER ORDERED THAT the parties shall contact within the next 2 weeks the ADR Section to make arrangements to schedule a Court ADR.

Dated:  01/21/2016

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2