Lawrence W. Freiman, Esq. (SBN 288917)
lawrence@freimanlaw.com
Michael K. Freiman, Esq. (SBN 280716)
michael@freimanlaw.com
100 Wilshire Blvd., Ste. 940
Santa Monica, CA 90401
Telephone: (310) 917-1024
Fax: (888) 835-8511

Attorneys for Plaintiff
STEPHANIE MARTINEZ


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
KIRSTEN E. BASS, Cal. Bar No. 300205
kbass@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MARLENE M. NICOLAS, Cal. Bar No. 245298
mnicolas@sheppardmullin.com
333 S. Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA. SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE MARTINEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:15-cv-02414-BLF<br><br>**JOINT DISCOVERY PLAN**<br><br>[Complaint filed:  April 10, 2015] |

Pursuant to the Court's order, Plaintiff Stephanie Martinez ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant") hereby submit the following discovery plan.

Per the Court's order, the Federal Rules of Civil Procedure will apply to discovery.

The parties propose the following discovery and pre-trial deadlines:

- Close of Non-Expert Witness Discovery: October 3, 2016
- Hearing on Dispositive Motions: November 17, 2016 (set by the Court)
- Exchange of Expert Witness Reports: December 1, 2017
- Close of Expert Discovery: January 5, 2017
- Final Date to Submit Rule 26(a)(3) Witness Lists, Designations of Witnesses Whose Testimony Will Be Presented by Deposition, and Exhibit Lists: January 12, 2017
- Pre-Trial Conference: January 19, 2017 (set by the Court)
- Final Date to File Objections Under Rule 26(a)(3): January 19, 2017

DATED: February 22, 2016　　　　　　　　**LAWRENCE W. FREIMAN**

By: _____/s/_____
Lawrence W. Freiman, Esq.
Michael J. Freiman, Esq.

Attorneys for Plaintiff Stephanie Martinez

-1-

SMRH:475297436.1　　　　　　　　　　　　　　　　　　　　　　　　JOINT DISCOVERY PLAN

DATED: February 22, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/
THOMAS R. KAUFMAN
MARLENE M. NICOLAS
Attorneys for Defendant
WELLS FARGO BANK, N.A.

# PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On February 22, 2016, I served true copies of the following document(s) described as **JOINT DISCOVERY PLAN** on the interested parties in this action as follows:

Lawrence W. Freiman, Esq.
Michael J. Freiman, Esq.
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2016, at Los Angeles, California.

/s/
Christine M. Rios